UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS DIETER FELDER,<br>　　　　　Plaintiff,<br>　　v.<br>GREGORY J. AHERN,<br>　　　　　Defendant. | Case No. 23-cv-03201-KAW<br><br>**ORDER OF TRANSFER** |

　　　　Petitioner filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 from Santa Rita Jail in Alameda County, where he was being held pursuant to a United States Marshals Service hold after being returned to custody from a Residential Drug Abuse Program (RDAP) for allegedly failing or refusing a drug test. Petitioner challenged both the disciplinary proceeding regarding the drug test, and the calculation of his credits. Venue was proper in this district at the time of filing because he was confined in a county in this district. 28 U.S.C. § 2241(d).

　　　　As of February 15, 2024, the Federal Bureau of Prisons inmate locator[1] indicated that petitioner was incarcerated at FDC SeaTac in Seattle, Washington within King County. Accordingly, in the interest of justice, this case is TRANSFERRED to the United States District Court for the Western District of Washington. *See* 28 U.S.C. §§ 128(b), 1404(a).

　　　　The Clerk shall terminate all pending motions and transfer the entire file to the Western District of Washington.

//

//

---

[1] Available at https://www.bop.gov/mobile/find_inmate/byname.jsp.

**IT IS SO ORDERED.**

Dated: March 15, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge