UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARCUS FELDER,

          Petitioner,

   v.

GREGORY J. AHERN,

          Respondent.

Case No. 2:24-cv-00381-TMC-SKV

REPORT AND RECOMMENDATION

INTRODUCTION AND SUMMARY CONCLUSION

This matter entails a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 originally filed in the Northern District of California, and transferred to this Court on March 15, 2024. *See* Dkts. 1, 16 & 18. Mail sent to Petitioner following the transfer was returned to the Court as undeliverable on April 1, 2024. Dkt. 22.

Pursuant to Local Civil Rule (LCR) 41(b)(2), Petitioner is required to keep the Court and opposing parties advised as to his current address. "If mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is returned by the internet service provider, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his

REPORT AND RECOMMENDATION - 1

or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute." LCR 41(b)(2).

In this case, by Order dated April 10, 2024, the Court reminded Petitioner that, as a party proceeding pro se, he must keep the Court and opposing parties advised of his current mailing address. Dkt. 23. The Court further advised Petitioner that he must notify the Court and opposing parties of his current mailing address within sixty days of the mail return date, or the Court may dismiss this action without prejudice for failure to prosecute.

To date, Petitioner has not provided the Court with an updated address. As Petitioner has had ample time to advise the Court of his current address, but failed to do so, the Court recommends that the instant action be DISMISSED without prejudice for failure to prosecute. *See* LCR 41(b)(2). A proposed Order accompanies this Report and Recommendation.

## OBJECTIONS

Objections to this Report and Recommendation must be filed with the Clerk and served upon all parties not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed within **nine (9) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **July 5, 2024**.

Dated this 13th day of June, 2024.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge