UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARCUS FELDER,

                Petitioner,

   v.

GREGORY J. AHERN,

                Respondent.

Case No. C24-0381-TMC-SKV

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Petitioner's petition for writ of habeas corpus is DENIED and this action is DISMISSED without prejudice.

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 10th day of July, 2024.

Tiffany M. Cartwright
United States District Judge

ORDER OF DISMISSAL - 1